[No. 8212-4-I. Division One. December 29, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY W. HOLLAND, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79-8-01431-3, Norman W. Quinn, J., entered November 28, 1979. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Andersen, JJ.

[No. 8473-9-I. Division One. December 29, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. BRYCE KENNEDY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79-8-02337-1, Barbara J. Rothstein, J., entered January 10, 1980. *Reversed* and *dismissed* by unpublished opinion per Andersen, J., concurred in by Swanson and Williams, JJ.

[No. 7951-4-I. Division One. December 29, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. FRED GREEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88818, Frank D. Howard, J., entered August 8, 1979. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Andersen, JJ.